**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| TIMOTHY S JOHNSON,<br><br>Plaintiff,<br>v.<br><br><br>C. R. BARD, INC., and,<br>BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 7:26-cv-03974 (PMH) |

**ORDER APPROVING JOINT STIPULATION**

This matter is before the Court on the parties' Joint Stipulation (Doc. 20). Having considered the Joint Stipulation and finding good cause, the Court hereby APPROVES the Joint Stipulation. It is therefore ORDERED that the Parties shall comply with the terms of the Joint Stipulation.

SO ORDERED this 23rd day of July, 2026.

Philip M. Halpern
United States District Judge